```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

MARGARITA GARCIA                                        PLAINTIFF

            v.          Civil No. 08-5046

ATTORNEY GEORGE B. MORTON;
STATE OF ARKANSAS; JUDGE
XOLLIE DUNCAN; PROSECUTING
ATTORNEY BRANDON CARTER;
JUDGE KEITH; and BENTON COUNTY
SHERIFF'S OFFICE AND DEPUTY,
Bentonville, Arkansas                                  DEFENDANTS

## ORDER

    Now on this 1st day of July, 2008, comes on for consideration the **Report and Recommendation** issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas, (Doc. 5), together with plaintiff's objections thereto (Docs. 6 & 7), and the Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. After careful review, the Court concludes that plaintiff's objections offer neither law nor fact which would warrant a rejection of, or a departure from, the findings of fact and conclusions of law expressed therein.  Accordingly, the **Report and Recommendation** should and will be adopted *in toto*.

    2.  Based upon the said **Report and Recommendation**, the Court further concludes that this case should and will be dismissed on the grounds that plaintiff's asserted allegations are not cognizable, are frivolous, and/or fail to state claims upon which

relief can be granted.  *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** shall be, and it hereby is, adopted *in toto* and ordered implemented.

**IT IS FURTHER ORDERED** that this case should be, and hereby is, dismissed on the grounds that plaintiff's asserted allegations are not cognizable, are frivolous, and/or fail to state claims upon which relief can be granted.  *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii).

**IT IS SO ORDERED.**

                                              **/s/ Jimm Larry Hendren**
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**